IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| GLENNIE DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:12-cv-01927-SLB-PWG |
| CORRECTIONAL MEDICAL SERVICES, INC., *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The Magistrate Judge filed a report and recommendation on January 13, 2014, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. (Doc. # 22). The parties were given until January 28, 2014 to file objections, and were advised that the failure to file such objections would bar any later challenge or review of the factual findings or legal conclusions of the magistrate judge. No objections have been filed by any party[1].

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is

---

[1] It should be noted that on February 24, 2014, well after the time for filing objections had elapsed, but prior to the entry of the final judgment in this case, the plaintiff filed what he entitled a notice of appeal. (Doc. 23). The plaintiff stated that an "appeal may be made from a final judgment of a district Judge, and the Plaintiff has (42) days for such appeal." *Id.* This pleading shall not be construed as an objection, but shall rather be deemed a notice of appeal seeking to challenge the judgment being entered today, in spite of its premature filing.

**ACCEPTED**.  The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.

Accordingly, defendants' motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**.  A Final Judgment will be entered.

**DONE** this the 20th day of March, 2014.

*Sharon Lovelace Blackburn*
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE